IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | |
| Plaintiff, | ) | No. CIV S-09-3034 KJM DAD |
| v. | ) | |
| CHARLES BOYKIN, | ) | ORDER |
| Defendant. | ) | |

On September 25, 2012, the court directed the parties to file their dispositional documents within twenty-one days of the date of the order. The parties have not responded to the court's order.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why the case should not be dismissed for failure to prosecute.

DATED: November 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

1